J Fiander, WSBA # 13116  
Towtnuk Law Offices, Ltd.  
Sacred Ground Legal Services, Inc.  
5808A Summitview Avenue, #97  
Yakima, WA 98908  
(509) 961-0096  
towtnuklaw@msn.com

HONORABLE THOMAS O. RICE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **TOOBSHUDUD,** a.k.a. Jack Fiander, An enrolled Yakama, <br><br>    Plaintiff, <br><br> v. <br><br> JACOBS TOBACCO COMPANY, a Cigarette manufacturer, <br><br>    Defendant. | No. 1:19-CV-3246-TOR <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> Fed. R. Civ. P. 41 (a) (1) (A) |

PLEASE TAKE NOTICE that, the matter being moot, and no action of record having been filed since the filing of plaintiff's complaint, Plaintiff voluntarily DISMISSES this cause pursuant to Rule 41, Fed. R. Civ. P. 41.

DATED this __10__ day of February, 2020.

                 Respectfully submitted,

                 S/ *Jack W. Fiander*

                 Toobshudud a.k.a. Jack Fiander  
                 Plaintiff *pro se*