UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TOOBSHUDUD, a/k/a JACK FIANDER, an enrolled Yakama,<br><br>        Plaintiff,<br><br>  v.<br><br>JACOBS TOBACCO COMPANY, a cigarette manufacturer,<br><br>        Defendant. | NO: 1:19-CV-3246-TOR<br><br>ORDER ON VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is the Plaintiff's Notice of Voluntary Dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) (ECF No. 7). The notice was filed for consideration without oral argument. The Court has reviewed the record and the files therein and is fully informed.

According to Rule 41(a)(1)(A)(i), a Plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party files an answer

or motion for summary judgment. A review of the docket indicates that neither an answer nor motion for summary have been filed.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(i) and Plaintiff's notice, this action is **DISMISSED** without prejudice.

The District Court Executive is directed to enter this Order and judgment accordingly, furnish copies to the parties, and **CLOSE** the file.

DATED February 10, 2020.



THOMAS O. RICE
Chief United States District Judge